**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

THE NATURE'S BOUNTY CO.
d/b/a Pure Protein,

                Defendants.
-----------------------------------------------------------X

Case No.   1:21-cv-915-WFK-RER

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against The Nature's Bounty Co.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
         June 15, 2021

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                      By:  */s/Dan Shaked*
                           Dan Shaked, Esq.
                           14 Harwood Court, Suite 415
                           Scarsdale, NY 10583
                           Tel. (917) 373-9128
                           Fax (718) 704-7555
                           e-mail: ShakedLawGroup@Gmail.com

                             **SO ORDERED.**

                             s/ WFK

Dated: June 16, 2021             HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York      UNITED STATES DISTRICT JUDGE